ORIGINAL

FILED
JAN 2 9 2004
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NIAGARA MOHAWK POWER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Civil Action No. 04-0124C |

**NOTICE OF RELATED CASES**

Counsel for Plaintiff Niagara Mohawk Power Corporation states that this action may be related to the following actions that were filed and are currently pending in this Court:

(1) *Arizona Public Service Company v. United States*, No. 03-2832C (Judge Hodges);

(2) *Boston Edison Co. v. United States*, No. 99-447C (Judge Lettow);

(3) *Carolina Power and Light v. United States*, No. 24-37C (Judge Hewitt);

(4) *Commonwealth Edison Co. v. United States,* No. 98-621C (Judge Hewitt);

(5) *Connecticut Yankee Atomic Power Co. v. United States*, No. 98-154C (Senior Judge Merow);

(6) *Consumer Energy Co. v. United States,* No. 02-1894C (Chief Judge Damich);

(7) *Detroit Edison Co. v. United States,* No. 02-926C (Judge Williams);

(8) *Duke Power v. United States*, No. 98-485C (Judge Sypolt);

(9) *Energy Northwest v. United States*, No. 04-10C (Chief Judge Damich);

(10) *Entergy Gulf States, Inc. v. United States*, No. 03-2625C (Judge Williams);

(11) *Entergy Nuclear Fitzpatrick, LLC, Entergy Nuclear Indian Point 3, LLC, and Entergy Nuclear Operations, Inc. v. United States*, No. 03-2627C (Chief Judge Damich);

(12) *Entergy Nuclear Generation Company v. United States*, No. 03-2626C (Judge Lettow);

(13) *Entergy Nuclear Indian Point 2, LLC v. United States*, No. 03-2622C (Judge Lettow);

(14) *Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc. v. United States,* No. 03-2663 (Judge Hodges);

(15) *Florida Power & Light Co. vs. United States*, No. 98-483C (Judge Sypolt);

(16) *General Atomics v. United States*, No. 03-2505C (Judge Wolski);

(17) *GPU Nuclear, Inc. v. United States*, No. 00-440C (Judge Bush);

(18) *Indiana Michigan Power Co. v. United States*, No. 98-486C (Judge Hodges);

(19) *Maine Yankee Atomic Power Co. v. United States*, No. 98-474C (Senior Judge Merow);

(20) *Nebraska Public Power District v. United States*, No. 01-116C (Judge Sypolt);

(21) *Northern States Power Co. v. United States*, No. 98-484C (Judge Wiese);

(22) *Omaha Public Power District v. United States*, No. 01-115C (Judge Bush);

(23) *PSEG Nuclear LLC v. United States*, No. 01-551C (Judge Sypolt);

(24) *Power Authority of New York v. United States*, No. 00-703C (Chief Judge Damich);

(25) *Sacramento Municipal Utility District v. United States*, NO. 98-488C (Judge Braden);

(26) *Southern Nuclear Operating Co. v. United States*, No. 98-614C (Senior Judge Merow);

(27) *System Fuels Inc., on its own behalf and as agent for Entergy Arkansas, Inc. v. United States*, No. 03-2623C (Judge Lettow);

(28) *System Fuels Inc., on its own behalf and as agent for Entergy Louisiana, Inc. v. United States*, No. 03-2621C (Judge Williams);

(29) *System Fuels, Inc. on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association v. United States*, No. 03-2624C (Judge Braden);

(30) *Tennessee Valley Authority v. United States*, No. 01-249C (Judge Lettow);

(31) *Vermont Yankee Nuclear Power Corp. vs. United States*, No. 02-898C (Judge Hodges);

(32) *Wisconsin Public Service Commission v. United States*, No. 04-0071C (Judge Block); and

(33) *Yankee Atomic Electric Co. v. United States*, No. 98-126C (Senior Judge Merow).

Several additional utilities who sold interests in their nuclear plants have very recently and are expected to file complaints dealing with issues relating to spent nuclear fuel. Those complaints of which we are aware are as follows:

(34) *Consolidated Edison Co. of New York, Inc. v. United States*, No. 04-0033C (Judge Bruggink);

(35) *Constellation Generation Group, LLC, v. United States*, No. 04-0068C (Judge Margolis);

(36) *Delmarva Power and Light Co v. United States*, No. 04-0034C (Judge Miller);

(37) *Interstate Power and Light v. United States, No. 04-0067C (Judge Lettow);*

(38) *PPL Susquehanna v. United States*, No. 04-0070C (Judges Baskir - Horn);

(39) *The Cleveland Electric Illuminating Company v. United States*, No. 04-0069C (Judge Wolshi); and

(40) *Wisconsin Electric Power Co. v. United States,* No. 00-697C (Senior Judge Merow).

This case deals with spent nuclear fuel relating to a plant that has been sold. RCFC 40.2(a)(1)(B) states that actions involving the "same contract, property or patent" are deemed related. This action is based upon the Government's taking of plaintiff's property interests. The actions listed above are based on one or more of these premises.

For each nuclear plant, a separate Standard Contract was executed with the Government, acting by and through the Department of Energy. Although each Standard Contract, as the name suggests, contains nearly identical material terms and conditions, the parties to each contract are different and each action presents unique issues. Accordingly, plaintiff's position is that consolidation of the above referenced actions is not likely to conserve judicial resources or promote an efficient determination of the actions. Issues regarding consolidation are currently the subject of motions pending before the court.

Given the facts summarized above, there may be some question about whether the actions listed above are "directly-related cases" or "indirectly-related cases" within the meaning of RCFC 40.2. Nonetheless, this notice is filed in order to permit the Court to make an informed judgment as to the proper assignment of this action.

Respectfully submitted,

Dated: January 29, 2004

M. Stanford Blanton by Warren Belmar
WARREN BELMAR

M. Stanford Blanton
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Phone: (205) 226-3417
Fax: (205) 226-8798
COUNSEL OF RECORD FOR PLAINTIFF
NIAGARA MOHAWK POWER CORPORATION

Of Counsel:
Ed R. Haden
K.C. Hairston
Warren Belmar
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Phone: (205) 226-8714
Fax: (205) 226-8798

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 29th day of January 2004, the foregoing Notice of Related Cases was served by U.S. Mail (First Class, postage prepaid), to:

Harold D. Lester, Jr.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Alex D. Tomaszczuk
Shaw Pittman
1650 Tysons Boulevard
McLean, VA 22102-4859

Brad Fagg
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Jerry Stouck
Spriggs & Hollingsworth
1350 I Street, N.W.
Ninth Floor
Washington, D.C. 20005-3305

Melvin C. Garbow
Arnold & Porter
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue
40th Floor
Seattle, WA 98101-3099

David A. Handzo
Jenner & Block
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005
Peter K. Shea
Office of the General Counsel

Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN 37902-1401

Thomas O. Mason
Williams, Mullen, Clark & Dobbins
8270 Greensboro Drive, Suite 700
McLean, VA 22102

Richard J. Conway
Dickstein, Shapiro, Morin and Oshinsky LLP
2101 L. Street, N.W.
Washington, D.C. 20037

M. Stanford Blanton by Warren Belmar
M. Stanford Blanton WARREN BELMAR
Phone: (205) 226-3417
Fax: (205) 226-8798