**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NIAGARA MOHAWK POWER CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-124C |
| | ) | (Judge Sypolt) |
| UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant an enlargement of time of 21 days, to including April 19, 2004, to respond to plaintiff's complaint in this case. Defendant's response to plaintiff's complaint is currently due on Monday, March 29, 2004. Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff, M. Stanford Blanton, has represented that plaintiff, Niagara Mohawk Power Corporation, does not oppose this motion.

Counsel for the Government is attempting to develop appropriate responses to a series of more than 40 complaints that were recently filed in this Court, all arising from alleged breaches of the "Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste" published at 10 C.F.R. § 961.11.[1] This particular case appears to involve the same Standard Contract as one of those at issue in Constellation Generation Group, LLC v. United States, No. 04-68C (Fed. Cl.) (Margolis, S.J.), and we are attempting to determine the most appropriate manner in which to

---

[1] Currently, there are 66 Standard Contract cases pending before this Court.

proceed in those two related cases. In addition, we are investigating a legal issue that may have some bearing on this particular case.

Since March 1, 2004, counsel for defendant has been heavily involved in the trial of one of the Standard Contract cases, Indiana Michigan Power Co. v. United States, No. 98-486C (Fed. Cl.), which concluded on March 16, 2004, and in which the Government's post-trial briefing was filed earlier today. That work has been precluded him from being able to devote sufficient time to other matters. With oral argument upon the Government's rate of spent nuclear fuel acceptance and Greater-Than-Class-C radioactive waste motions in another Standard Contract case, Tennessee Valley Authority v. United States, No. 01-249C (Fed. Cl.) (Lettow, J.), scheduled for April 2, 2004, and other Standard Contract-related litigation matters requiring his attention, counsel for defendant respectfully requests that he be given a period of an additional 21 days to complete the Government's efforts to prepare a response to plaintiff's complaint in this case.

For the foregoing reasons, defendant respectfully requests that the Court grant defendant's request for an enlargement of time of 21 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

March 29, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 29th day of March 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.