# In the United States Court of Federal Claims

No. 04-124C
**ELECTRONIC CASE FILING**

(Filed March 31, 2004)

| | |
|---|---|
| ********************************** | |
| **NIAGARA MOHAWK POWER** | * |
| **CORPORATION,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| ********************************** | |

## <u>Order</u>

On March 29, 2004, defendant filed an unopposed motion for a 21-day enlargement of time, from March 29, 2004, to and including April 19, 2004, within which to respond to the complaint. The motion is granted.

The court notes that plaintiff's counsel, notwithstanding the January 29, 2004, Notice of Designation ("Notice") informing the parties that they were required to "immediately obtain a CM/ECF account" and the court's February 11, 2004, order directing counsel to "obtain certification, a login account, and a password within 14 days of the filing of this order," has yet to obtain an account.

Therefore, plaintiff's counsel again is ordered to comply with the requirements of the Notice. Failure to do so on or before April 14,

2004, will result in the issuance of an order requiring plaintiff to show cause why this case should not be dismissed for want of prosecution.

The clerk shall serve a courtesy copy of this order on plaintiff via first class mail.

s/ Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims