# In the United States Court of Federal Claims

No. 04-124C
**ELECTRONIC CASE FILING**

(Filed April 23, 2004)

**************************************
**NIAGARA MOHAWK POWER CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
**************************************

## Order

On April 19, 2004, defendant filed a motion for a 21-day enlargement of time, from April 19, 2004, to and including May 10, 2004, within which to respond to the complaint. Defendant's counsel states that he has attempted to contact plaintiff's counsel, but has been unable to ascertain whether plaintiff objects to this motion. The motion is granted.

s/ Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims