# In the United States Court of Federal Claims

No. 04-124C
**ELECTRONIC CASE FILING**

(Filed May 28, 2004)

**********************************
**NIAGARA MOHAWK POWER CORPORATION,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
**********************************

## ORDER

On May 27, 2004, plaintiff submitted a response to defendant's motion to stay all proceedings or, in the alternative, for coordinated discovery regarding rate and schedule issues. Since the court's May 17, 2004 order granted defendant's motion, plaintiff's motion is filed by leave of the court, and denied as moot.

s/ Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims