# In the United States Court of Federal Claims

No. 04-124C
**ELECTRONIC CASE FILING**

(Filed June 8, 2004)

| | |
|---|---|
| ************************************ | |
| **NIAGARA MOHAWK POWER** | * |
| **CORPORATION,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| ************************************ | |

**Order**

On May 28, 2004, the court denied plaintiff's motion to stay these proceedings until December 31, 2004 as moot, on the grounds that the court had previously granted a stay, on May 17, 2004.

The May 28, 2004 order is vacated, because the May 17, 2004 order applied only to discovery on the rate of acceptance, discovery of damages, and discovery duplicating previous discovery in the older SNF cases.

Plaintiff's motion to stay all proceedings until December 31, 2004 is granted. On or before December 20, 2004, the parties shall submit a joint status report regarding the propriety of continuing the stay.

s/ Diane Gilbert Sypolt
DIANE GILBERT SYPOLT
Judge, U.S. Court of Federal Claims