# In the United States Court of Federal Claims

**ELECTRONIC CASE FILING**
**(Filed December 20, 2004)**

| | | |
|---|---|---|
| **NIAGARA MOHAWK POWER CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 04-124-DGS** |
| | ) | **(Judge Sypolt)** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to this Court's order dated June 8, 2004, the parties respectfully file this joint status report regarding their agreed-upon position in connection with an extension of the current stay in this case. In the Court's order dated June 8, 2004, the Court ordered that proceedings be stayed until December 31, 2004.

This action involves the sale of a nuclear plant and spent nuclear fuel. Approximately sixty cases involving the Government's actions in connection with spent nuclear fuel ("SNF") and/or high-level waste ("HLW") are currently pending in the Court of Federal Claims.

All parties agree that the Court should issue a modest and reasonable continuation of the stay of all proceedings, including filing and briefing on dispositive motions, until June 30, 2005. The parties agree that a stay of

proceedings in this case will allow for possible efficiencies due to the resolution of legal and factual issues in other filed cases in which similar claims are being pursued by other plaintiffs. These issues may include, among others, the takings issues for the sellers of nuclear plants. These issues have been or are expected to be presented in cases where the parties are briefing on dispositive motions. Resolution of these issues in such cases could facilitate agreements by the parties in this lawsuit, or at a minimum, inform the Court's consideration of such issues if they remain contested and require resolution in this case.

The parties request that the stay be continued until at least June 30, 2005. By this date, there may be guidance from other cases pending before the Court. At that time, the Court should allow the parties to submit another status report identifying their positions regarding further activity in the case in light of the status of activities in other cases.

As noted above, both parties desire this case to be stayed, and therefore desire to defer setting a schedule for the filing of any dispositive motions. Similarly, both parties believe that the jointly-requested stay will help to inform their decisions regarding their intent to file such motions, and that it is premature at this time to commit to filing such motions. The Government does not believe that a stay of proceedings should affect the Court's ability to resolve the Government's pending motion regarding case assignment.

Dated: December 20, 2004

Respectfully submitted,

s/ Harold D. Lester, Jr.
Harold D. Lester, Jr.
Assistant Director
Commercial Litigation Branch
Civil Division -- Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-6288
COUNSEL OF RECORD FOR THE UNITED STATES OF AMERICA

s/ M. Stanford Blanton
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
COUNSEL OF RECORD FOR PLAINTIFF, NIAGARA MOHAWK POWER CORPORATION

**OF COUNSEL:**

Ed R. Haden
K.C. Hairston
BALCH & BINGHAM LLP
1710 Sixth Avenue North
P. O. Box 306
Birmingham, AL 35201-0306
Phone: (205) 251-8100
Fax: (205) 226-8798

**CERTIFICATE OF FILING**

I hereby certify that on this 20th day of December, 2004, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ M. Stanford Blanton