# In the United States Court of Federal Claims

No. 04-124 C
(Filed: December 21, 2004)

*************************************************
**NIAGARA MOHAWK POWER CORPORATION**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*************************************************

**ORDER**

Pursuant to Rule 40.1(c) of the Rules of the Court of Federal Claims, for the efficient administration of justice, the Clerk of the Court is hereby directed to reassign this case to the docket of Senior Judge Lawrence S. Margolis.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge