# In the United States Court of Federal Claims

**ELECTRONIC CASE FILING**
**(Filed December 27, 2004)**

| | | |
|---|---|---|
| **NIAGARA MOHAWK POWER CORPORATION, NEW YORK STATE ELECTRIC & GAS CORPORATION, ROCHESTER GAS AND ELECTRIC CORPORATION, AND CENTRAL HUDSON GAS & ELECTRIC CORPORATION,** | ) | |
| **Plaintiffs,** | ) | **No. 04-125C** **(Judge F. M. Allegra)** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | | |
| **Defendant.** | | |

**RESPONSE TO DEFENDANT'S NOTICE OF DIRECTLY-RELATED CASES, AND DEFENDANT'S MOTION TO TRANSFER AND CONSOLIDATE IN ACCORDANCE WITH RCFC 40.2(a)(3) AND 42.1**

Plaintiffs Niagara Mohawk Power Corporation, New York State Electric & Gas Corporation, Rochester Gas and Electric Corporation, and Central Hudson Gas & Electric Corporation (collectively, "Plaintiffs") do not oppose the Government's Motion to Transfer and Consolidate in accordance with RCFC 40.2(a)(3) and 42.1, filed on December 8, 2004. Plaintiffs' position in not opposing the transfer and consolidation should not be construed as an agreement with any characterization of their claim or the relief they seek by the Government or by Constellation

Generation Group, LLC, Calvert Cliffs Nuclear Power Plant, Inc., and Nine Mile Point Nuclear Station, LLC.

Dated: December 27, 2004

Respectfully submitted,

s/ M. Stanford Blanton

BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

COUNSEL OF RECORD FOR PLAINTIFFS, NIAGARA MOHAWK POWER CORPORATION, NEW YORK STATE ELECTRIC & GAS CORPORATION, ROCHESTER GAS AND ELECTRIC CORPORATION, AND CENTRAL HUDSON GAS & ELECTRIC CORPORATION

**OF COUNSEL:**

Ed R. Haden
K.C. Hairston
BALCH & BINGHAM LLP
1710 Sixth Avenue North
P. O. Box 306
Birmingham, AL 35201-0306
Phone: (205) 251-8100
Fax: (205) 226-8798

**CERTIFICATE OF FILING**

I hereby certify that on this 27th day of December, 2004, a copy of the foregoing "RESPONSE TO DEFENDANT'S NOTICE OF DIRECTLY-RELATED CASES, AND DEFENDANT'S MOTION TO TRANSFER AND CONSOLIDATE IN ACCORDANCE WITH RCFC 40.2(a)(3) AND 42.1" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ M. Stanford Blanton