# In the United States Court of Federal Claims

| | |
|---|---|
| NIAGARA MOHAWK POWER CORPORATION,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-124C<br><br>(Filed: July 7, 2005) |

## ORDER

Upon the request of the parties in their joint status report, filed June 30, 2005, the stay of proceedings in the above-captioned case is extended until December 15, 2005.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims