# In the United States Court of Federal Claims

| | |
|---|---|
| NIAGARA MOHAWK POWER CORPORATION, Plaintiff, | |
| v. | No. 04-124C |
| THE UNITED STATES, Defendant. | (Filed: December 22, 2005) |

## ORDER

The stay in the above-captioned case remains in effect until June 30, 2006. The parties shall provide a joint status report to the court on or before June 30, 2006.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims