# In the United States Court of Federal Claims

**ELECTRONIC CASE FILING**
**(Filed June 30, 2006)**

| | | |
|---|---|---|
| **NIAGARA MOHAWK POWER CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No. 04-124C |
| **v.** | ) | (Senior Judge Margolis) |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

Pursuant to the parties' Joint Status Report filed December 15, 2005, the parties respectfully file this Joint Status Report regarding their agreed-upon position in connection with an extension of the current stay in this case.

In her order dated June 8, 2004, Judge Sypolt stayed the proceedings in this case until December 31, 2004, and required the parties to inform the Court as to the propriety of continuing the stay by December 20, 2004. On December 20, 2004, the parties filed a Joint Status Report requesting that the stay should be continued through at least June 30, 2005. On December 21, 2004, the Court transferred this case from Judge Sypolt to Senior Judge Margolis. On June 30, 2005, the parties filed a Joint Status Report requesting that the stay should be continued through at

least December 15, 2005. On December 15, 2005, the parties filed a Joint Status Report requesting that the stay should be continued through at least June 30, 2006. On December 22, 2005, your Honor continued the stay in the case until June 30, 2006, directing the parties to file another Joint Status Report on or before that date.

This action involves the sale of a nuclear plant and spent nuclear fuel. Approximately 59 cases involving the Government's actions in connection with spent nuclear fuel ("SNF") and/or high-level waste ("HLW") are currently pending in the Court of Federal Claims.

All parties agree that the Court should issue a modest and reasonable continuation of the stay of all proceedings, including filing and briefing on dispositive motions, until December 15, 2006.[1] The parties agree that a stay of proceedings in this case will allow for possible efficiencies due to the resolution of legal and factual issues in other filed cases in which similar claims are being pursued by other plaintiffs. These issues may include, among others, the takings issues for the sellers of nuclear plants. These issues have been or are expected to be presented in cases where the parties are briefing on dispositive motions. The

[1] Defendant states that, if proceedings in *Constellation Generation Group, LLC v. United States*, No. 04-0068C (Fed. Cl.), begin prior to December 15, 2006, defendant will need to revisit the appropriateness of a stay in this case. As the Court is aware, defendant filed a motion to consolidate this case with *Constellation*, which is pending. Although the parties both request the continuance of this stay, they both also reserve their rights to request that the stay be lifted, either in whole or in part, prior to December 15, 2006, if circumstances in this case or other spent nuclear fuel cases warrant it.

Court has recently resolved defendant's motion to dismiss a takings claim in two of those cases. In an Order dated June 9, 2005, Judge Hodges granted the defendant's motion to dismiss a takings claim in *Canal Electric Co. v. United States*, No. 04-0035C (Fed. Cl.). In an Order dated February 15, 2005, Judge Lettow denied the defendant's motion to dismiss in *Boston Edison Co. v. United States*, No. 99-447C (Fed. Cl.). On April 25, 2006, Judge Hewitt dismissed the takings claim in *Pacific Gas & Electric Co. v. United States*, Nos. 04-0074C & 04-0075C (Fed. Cl.), for failure to state a claim upon which relief could be granted. Resolution of these issues in such cases could facilitate agreements by the parties in this lawsuit, or at a minimum, inform the Court's consideration of such issues if they remain contested and require resolution in this case.

The parties request that the stay be continued until at least December 15, 2006. By this date, there may be substantial guidance from other cases pending before the Court. At that time, the Court should allow the parties to submit another status report identifying their positions regarding further activity in the case in light of the status of activities in other cases.

As noted above, both parties desire this case to be stayed, and therefore desire to defer setting a schedule for the filing of any dispositive motions. Similarly, both parties believe that the jointly-requested stay will help to inform their decisions regarding their intent to file such motions, and that it is premature at

this time to commit to filing such motions. The parties will file another joint status report by December 15, 2006, to inform the Court of the propriety of continuing the stay at that time.

Dated: June 30, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 305-7562
Fascimile: (202) 307-2503
COUNSEL OF RECORD FOR THE
UNITED STATES OF AMERICA

s/ M. Stanford Blanton
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

COUNSEL OF RECORD FOR
PLAINTIFF, NIAGARA MOHAWK
POWER CORPORATION

**OF COUNSEL:**

Ed R. Haden
K.C. Hairston
BALCH & BINGHAM LLP
1710 Sixth Avenue North
P. O. Box 306
Birmingham, AL 35201-0306
Phone: (205) 251-8100
Fax: (205) 226-8798

## **CERTIFICATE OF FILING**

I hereby certify that on this 30th day of June, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ M. Stanford Blanton