# In the United States Court of Federal Claims

| | |
|---|---|
| NIAGARA MOHAWK POWER CORPORATION, Plaintiff, | |
| v. | No. 04-124C |
| THE UNITED STATES, Defendant. | (Filed: July 12, 2006) |

**O R D E R**

The stay in the above-captioned case remains in effect until December 15, 2006. The parties shall provide a joint status report to the Court on or before December 15, 2006.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims