# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
NIAGARA MOHAWK POWER CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 04-124C

(Filed: December 13, 2006)

**ORDER**

The stay in the above-captioned case remains in effect until June 29, 2007. The parties shall provide a joint status report to the Court on or before June 29, 2007.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims