# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
NIAGARA MOHAWK POWER CORPORATION, *

Plaintiff, *

v. * No. 04-124C

v. * (Filed: July 5, 2007)

THE UNITED STATES, *

Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>O R D E R</u>**

The stay in the above-captioned case remains in effect until December 14, 2007. The parties shall provide a joint status report to the Court on or before December 14, 2007.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims