# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
NIAGARA MOHAWK POWER CORPORATION, *
*
Plaintiff, *
v. * No. 04-124C
*
v. * (Filed: December 18, 2007)
*
*
THE UNITED STATES, *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The stay in the above-captioned case remains in effect until June 11, 2008. The parties shall provide a joint status report to the Court on or before June 11, 2008.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims