# In the United States Court of Federal Claims

**ELECTRONIC CASE FILING**
**(Filed June 6, 2008)**

| | | |
|---|---|---|
| **NIAGARA MOHAWK POWER CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No. 04-124C |
| **v.** | ) | (Senior Judge Margolis) |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated December 18, 2007, the parties respectfully file this Joint Status Report regarding their agreed-upon position to seek an extension of the current stay in this case until December 8, 2008.

On June 8, 2004, this Court stayed this case and required the parties to file a Joint Status Report to inform the Court of the propriety of continuing the stay. On December 20, 2004, this case was transferred to your Honor. The parties have filed several joint status reports, and the Court has entered several orders continuing the stay in this case. The most recent order continuing the stay was entered on December 18, 2007, directing the parties to file a Joint Status Report by June 11, 2008.

This action involves the sale of a nuclear plant and spent nuclear fuel. Approximately 48 cases involving the Government's actions in connection with spent nuclear fuel ("SNF") and/or high-level waste ("HLW") are currently pending in the Court of Federal Claims.

All parties agree that the Court should issue a modest and reasonable continuation of the stay of all proceedings, including filing and briefing on dispositive motions, until December 8, 2008. The parties agree that a stay of proceedings in this case will allow for possible efficiencies due to the resolution of legal and factual issues in other filed cases in which similar claims are being pursued by other plaintiffs. These issues may include, among others, the takings issues for the sellers of nuclear plants. These issues have been or are expected to be presented in cases where the parties are briefing on dispositive motions. In an Order dated June 9, 2005, Judge Hodges granted the defendant's motion to dismiss a takings claim in *Canal Electric Co. v. United States*, No. 04-0035C (Fed. Cl.). Judge Lettow entered judgment for the plaintiff utility in *Boston Edison Co. v. United States*, No. 99-447C (Fed. Cl.), on February 15, 2008, and that case is currently on appeal. On April 25, 2006, Judge Hewitt granted summary judgment on the takings claim for SNF and held that the takings claim for Greater than Class C waste ("GTCC") was not ripe in *Pacific Gas & Electric Co. v. United States*, Nos. 04-0074C & 04-0075C (Fed. Cl.). In an order dated October 4, 2006, Senior

Judge Merow held that the takings claim was not ripe in *Yankee Atomic Electric Co. v. United States*, No., 98-126C (Fed. Cl.). On October 13, 2006, Judge Hewitt again noted that the takings claims for GTCC were not ripe in *Pacific Gas & Electric Co. v. United States*, Nos. 04-0074C & 04-0075C (Fed. Cl.). Resolution of these issues in such cases could facilitate agreements by the parties in this lawsuit, or at a minimum, inform the Court's consideration of such issues if they remain contested and require resolution in this case.

The parties request that the stay be continued until at least Monday December 8, 2008. By this date, there may be substantial guidance from other cases pending before the Court. At that time, the Court should allow the parties to submit another status report identifying their positions regarding further activity in this case in light of the status of activities in other cases.

As noted above, both parties desire this case to be stayed, and therefore desire to defer setting a schedule for the filing of any dispositive motions. Similarly, both parties believe that the jointly-requested stay will help to inform their decisions regarding their intent to file such motions, and that it is premature at this time to commit to filing such motions. The parties will file another joint status report by December 8, 2008, to inform the Court of the propriety of continuing the stay at that time.

Dated: June 6, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 305-7562
Fascimile: (202) 307-2503
COUNSEL OF RECORD FOR THE UNITED STATES OF AMERICA

s/ M. Stanford Blanton
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
COUNSEL OF RECORD FOR PLAINTIFF, NIAGARA MOHAWK POWER CORPORATION

**OF COUNSEL:**

Ed R. Haden
K.C. Hairston
BALCH & BINGHAM LLP
P. O. Box 306
Birmingham, AL 35201-0306
Phone: (205) 251-8100
Fax: (205) 226-8799

**CERTIFICATE OF FILING**

I hereby certify that on this 6th day of June, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ M. Stanford Blanton