# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
NIAGARA MOHAWK POWER CORPORATION,

Plaintiff,

v.

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 04-124C

(Filed: June 11, 2008)

**ORDER**

The stay in the above-captioned case remains in effect until December 8, 2008. The parties shall provide a joint status report to the Court on or before December 5, 2008.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims